# CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

State v. James Monds, from Chowan; *Attorney-General,* for State; W. J. Leary, Sr., for defendant. *Per Curiam:* Affirmed.

J. W. Herring v. E. D. Lewis, from Beaufort; *Grimes & Grimes,* for plaintiff; *Rodman & Rodman,* for defendant. *Per Curiam:* Affirmed.

B. F. Willey v. A. C. L. Railroad, from Gates; motion to reinstate defendant's appeal denied. *Per Curiam.* (*W. M. Bond,* for plaintiff; *L. L. Smith,* for defendant.)

E. V. Rowe v. S. C. Am. Legion Honor, from Beaufort; *C. F. Warren,* for plaintiff; *Hinsdale & Lawrence,* for defendant. *Per Curiam:* Affirmed.

C. W. Vincent v. Garysburg Mfg. Co., from Northampton; *T. W. Mason* and *W. E. Daniel,* for plaintiff; *Day & Bell, Calvert* and *S. F. Mordecai,* for defendant. *Per Curiam:* Affirmed.

D. C. Jernigan v. Branning Mfg. Co., from Bertie; *Smith & Lassiter,* for plaintiff; *Pruden, Shepherd* and *F. D. Winston,* for defendant. *Per Curiam:* Affirmed.

G. D. Gordner v. C. White et al., from Craven; *H. E. Shaw,* for plaintiff; *W. W. Clark,* for defendant. *Per Curiam:* Affirmed.

A. T. Duval v. A. C. L. Railroad, from Craven; *L. J. Moore* and *Stevenson,* for plaintiff; *Simmons & Ward,* for defendant. *Per Curiam:* Affirmed.

R. L. Hanff v. A. C. L. Railroad, from Craven; *D. L. Ward* and *L. J. Moore,* for plaintiff; *Simmons & Ward,* for defendant. *Per Curiam:* Affirmed.

L. A. White v. Lockey & Cannon, from Craven; *W. D. McIver,* for plaintiff; *W. W. Clark,* for defendant. *Per Curiam:* Affirmed.